```
IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


In re:                          )
                                )       2:07-cv-276-GEB
DANIEL GLENN SCHMIDT,           )
                                )       Bankruptcy Case No: 06-25151-B-11
            Debtor.             )
_____)
                                )
DANIEL GLENN SCHMIDT,           )       ORDER
                                )
            Appellant,          )
                                )
     v.                         )       2:07-cv-281-FCD
                                )
LAWRENCE J. WARFIELD,           )
Receiver; JERRY BUCHMEYER;      )
JEFFREY NORRIS; KELLY           )
CRAWFORD; PATRICK MURPHY; and   )
J. RUSSELL CUNNINGHAM,          )
                                )
            Appellees.          )
_____)
```

On March 12, 2007, counsel for Lawrence J. Warfield, Receiver, Kelly Crawford, and Patrick Murphy filed a Notice of Related Cases document that fails to provide information on whether the referenced cases are related within the meaning of Local Rule 83-123. Local Rule 83-123 requires a Notice of Related Cases document to include "a brief statement of the[] relationship [between the cases] and the reasons why assignment to a single Judge or Magistrate Judge

1

is likely to effect a savings of judicial effort and other economies."
Counsel shall comply with the referenced provisions of Local Rule 83-
123 in a filing due no later than March 19, 2007.

IT IS SO ORDERED.

Dated:  March 13, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge