```
                    IN THE UNITED STATES DISTRICT COURT

                   FOR THE EASTERN DISTRICT OF CALIFORNIA


In re:                          )
                                )    2:07-cv-276-GEB
DANIEL GLENN SCHMIDT,           )
                                )
          Debtor.               )
_____)
                                )    RELATED CASE ORDER
DANIEL GLENN SCHMIDT,           )
                                )
          Appellant,            )
                                )
     v.                         )    2:07-cv-281-FCD
                                )
LAWRENCE J. WARFIELD,           )
Receiver; JERRY BUCHMEYER;      )
JEFFREY NORRIS; KELLY           )
CRAWFORD; PATRICK MURPHY; and   )
J. RUSSELL CUNNINGHAM,          )
                                )
          Appellees.            )
_____)
```

On March 14, 2007, counsel for Lawrence J. Warfield, Receiver, filed an Amended Notice of Related Cases document which indicates that the actions are related within the meaning of Local Rule 83-123(a). The actions involve the same parties, are based on the same or similar claims, and involve similar questions of fact and law. Accordingly, the assignment of the matters to the same judge and magistrate judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties.

1

1 | The parties should be aware that relating the cases under
2 | Local Rule 83-123 merely has the result that the actions are assigned
3 | to the same judge and magistrate judge; no consolidation of the
4 | actions is effected.  Under the regular practice of this court,
5 | related cases are generally assigned to the judge and magistrate judge
6 | to whom the first filed action was assigned.
7 | IT IS THEREFORE ORDERED that the action denominated 2:07-cv-
8 | 281-FCD is hereby reassigned to Judge Garland E. Burrell, Jr. for all
9 | further proceedings.  IT IS FURTHER ORDERED that the caption on
10 | documents filed in the reassigned case shall show the case number as
11 | 2:07-cv-281-GEB.
12 | The Clerk of Court shall make an appropriate adjustment in
13 | the assignment of civil cases to compensate for this reassignment.
14 | IT IS SO ORDERED.
15 | Dated:  March 15, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge