IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
In re:                              )
                                    )
DANIEL GLENN SCHMIDT,               )
                                    )        2:07-cv-276-GEB
                Debtor,             )
_____    )
                                    )
DANIEL GLENN SCHMIDT,               )
                                    )
                Appellant,          )
                                    )
     v.                             )        ORDER*
                                    )
LAWRENCE J. WARFIELD, et al.,       )
                                    )
                Respondents.        )
_____    )
In re:                              )
                                    )
LONNIE GLENN SCHMIDT,               )
                                    )        2:07-cv-281-GEB
                Debtor,             )
_____    )
                                    )
LONNIE GLENN SCHMIDT,               )
                                    )
                Appellant,          )
                                    )
     v.                             )
                                    )
LAWRENCE J. WARFIELD, et al.,       )
                                    )
                Respondents.        )
_____    )
```

Respondents Lawrence Warfield, Kelly Crawford, and Patrick Murphy move for dismissal of Appellants Lonnie and Daniel Schmidt's appeals. Appellants oppose these motions.

---

\* This matter was determined to be suitable for decision without oral argument. L.R. 78-230(h).

1

Respondents argue the appeals must be dismissed for lack of jurisdiction since the appeals were filed after the actions were transferred to the Northern District of Texas.  (Mot. to Dismiss at 1:22-25.)  Appellants rejoin jurisdiction exists because the appeals were timely filed.  (Appellants' Response at 1.)

On January 9, 2007, orders issued transferring the parent bankruptcy cases and related adversary proceedings to the Northern District of Texas.  (Req. for Judicial Notice at 4.)  These transferred matters were docketed in the Northern District of Texas by January 22, 2007.  (Id. at 12, 16, 19.)  Respondents filed Notices of Appeal of the transfer orders in the Eastern District of California on January 29, 2007.  (Id. at 22.)

The transferring court's jurisdiction, however, terminated when the transferee court docketed the matters.  Lou v. Belzberg, 834 F.2d 730, 733 (9th Cir. 1987).  Since the matters were docketed by the Northern District of Texas by January 22, 2007, the Eastern District of California lacks jurisdiction to entertain Appellants' appeals.  Therefore, Respondents' motions to dismiss the appeals are granted and the appeals are dismissed.

IT IS SO ORDERED.

Dated:  April 30, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge